# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Aslam Shahid
                                        Plaintiff,

v.                                                                Case No.: 1:15−cv−08330
                                                                        Honorable John Robert Blakey

Governors State University
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 1, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: Settlement conference held. The matter is set for a status hearing with the magistrate judge on 6/20/18 at 9:00 a.m. for a report on the parties' progress in finalizing a written settlement agreement. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.