UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Aslam Shahid
                          Plaintiff,

v.                                                        Case No.: 1:15−cv−08330
                                                             Honorable John Robert Blakey

Governors State University
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 7, 2018:

      MINUTE entry before the Honorable Sidney I. Schenkier: The district judge having dismissed the case (doc. #[90]), the status hearing with the magistrate judge set for 9/05/18 is stricken and the referral is hereby terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.